# Kasell Law Firm

August 28, 2018

Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: McMillion v. Prestige Motor Sales Inc.
        EDNY Index No.: 17-CV-002596

Your Honor:

I represent plaintiff, Robert McMillion, in the above referenced matter.

I apologize to the Court for the lateness of this motion as well as for its contents but I conferred with opposing counsel today and we had both miscalendared the due date for our exhibits and deposition transcripts to be submitted.

Both sides join in requesting a one-day extension to submit our exhibits and transcripts.

                                                Sincerely,
                                                /s/
                                                David M. Kasell
                                                (DK-7753)